1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  FENWICK & WEST LLP
   Silicon Valley Center
3  801 California Street
   Mountain View, CA 94041
4  Telephone: 650.988.8500
   Facsimile: 650.938.5200
5

   *Attorneys for Defendant Superfish, Inc.*
6

   *Additional counsel listed on the signature page*
7

                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11  BILL CULLIFER, LIZ EDWARDS, DOUGLAS        CASE NO. 5:15-CV-01496-RMW
    IRWIN, JOSEPH GUERRA, AUSTIN ARDMAN,
12  HANK BAUMER, THOMAS BEHRENDT,
    ALLAN BOGH, RICHARD BROOKS, JILL
13  CAZAUBON, JENNIFER COLE, LAUREN            **STIPULATION FOR CONTINUANCE
    DANNHEIM, JENNIFER DAVIS, EDWARD           OF TIME FOR DEFENDANTS TO
14  DRESSEL, CHRISTOPHER DUNN, DONALD          RESPOND TO COMPLAINT AND
    GEARHART, KENG GEE, BRIAN UTTERMAN,        [] ORDER**
15  HEATHER HARE, JOSE HIDALGO, NEERAJ
    KALRA, RYAN KEMPER, JIM KOPPS,
16  RAJKUMAR KOTHAPA, MICHELE LARGÉ ,
    ARUL LOUIS, THOMAS LUCAS, TOM MILLER,
17  ERIC MORETTI, TREVOR MURDOCK, TRAVIS
    PALMER, ELIZABETH PRATT, ROBERT
18  QAKISH, TINA RICHMAN, CANDACE ROSE,
    DANIELLE ROUGIER, RAY SCHMALZER,
19  ZESHAN SHEIKH, CHRIS SHOUTS, ALICE
    SPALITTA, ZACHARY STEIN, CONNIE
20  SUPERNAULT, RUSS TAKLE, NATE TALLEY,
    NIKOLAS THERIOT, ARIELLA VASQUEZ,
21  KATE WOODS, KYLE YOUNGS, AND
    LIANGFANG ZHAO, INDIVIDUALLY AND ON
22  BEHALF OF ALL OTHERS SIMILARLY
    SITUATED,
23                   Plaintiffs,
24  vs.

25  SUPERFISH, INC., and LENOVO (UNITED
    STATES), INC.
26                   Defendants.
27

28

STIPULATION FOR CONTINUANCE                                    Case No. 5:15-cv-01496-RMW

WHEREAS the above-referenced Plaintiffs filed the above-captioned case;

WHEREAS 26 other complaints have been filed to-date in federal district courts throughout the United States by Plaintiffs purporting to bring consumer class actions on behalf of purchasers of computers manufactured by Defendant Lenovo (United States), Inc. ("Lenovo") containing software manufactured by Defendant Superfish, Inc. ("Superfish") (collectively, including the above-captioned matter, the "*In re Lenovo Adware Litig.* cases");

WHEREAS a motion is pending before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer the *In re Lenovo Adware Litig.* cases for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Sec. 1407 ("MDL Motion"), and has not yet been set for hearing before the JPML;

WHEREAS the next JPML hearing session is scheduled for May 28, 2015;

WHEREAS the parties anticipate that one or more consolidated complaints will be filed following transfer and consolidation of the *In re Lenovo Adware Litig.* cases;

WHEREAS Plaintiffs and Defendants Superfish and Lenovo have agreed that an orderly schedule for any response to the pleadings in the *In re Lenovo Adware Litig.* cases would be more efficient for the parties and for the Court;

WHEREAS Plaintiffs agree that the deadline for Defendants Superfish and Lenovo to answer, move, or otherwise respond to their complaint shall be extended until forty-five days after the JPML issues an order deciding the MDL Motion, or as otherwise ordered by the MDL transferee Court if the MDL Motion is granted;

WHEREAS Plaintiffs and Defendants agree that preservation of evidence in the case is vital, that Defendants have received litigation hold letters, that they are complying with and will continue to comply with all of their evidence preservation obligations under governing law;

WHEREAS this Stipulation does not constitute a waiver by the parties of any of their respective claims, defenses or any other rights or positions they may have with respect to the same, including, with respect to Defendants, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, improper venue, sufficiency of process or service of process;

Now, therefore, pursuant to Local Rule 7-12, Plaintiffs and Defendants, by and through

their respective counsel of record, hereby stipulate as follows:

    1. The deadline for Defendants Superfish and Lenovo to answer, move, or otherwise respond to the complaint shall be extended until forty-five days after the JPML issues an order deciding the MDL Motion, or as otherwise ordered by the MDL transferee Court if the MDL Motion is granted;

    2. This Stipulation does not constitute a waiver by the parties of any of their respective claims, defenses or any other rights or positions they may have with respect to the same, including, with respect to Defendants, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

    3. The parties agree that they are complying with and will continue to comply with all evidentiary preservation obligations under governing law.

    4. Nothing herein precludes any of the parties from moving to lift the stay prior to the extended deadlines requested herein.

Dated:  April 28, 2015

By: /s/ Rodger R. Cole
Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Ph: (650) 988-8500
Fax: (650) 938-5200

*Attorneys for Defendant Superfish, Inc.*

By: /s/ Laurence M. Rosen
Laurence M. Rosen
*lrosen@rosenlegal.com*
THE ROSEN LAW FIRM, P.A.
Los Angeles, CA 90071
Tel: (213) 785-2610
Fax: (213) 226-4684

Phillip Kim
*pkim@rosenlegal.com*
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060

Christopher S. Hinton
*chinton@hintonlegal.com*
THE HINTON LAW FIRM
275 Madison Ave., 34th Floor
New York, NY 10016
Tel: (646) 723-3377
Fax: (212) 202-3827

*Attorneys for Plaintiffs*

By: /s/ Daniel J. Stephenson
Daniel J. Stephenson
DYKEMA GOSSETT LLP
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Phone: (213) 457-1800
Fax: (213) 457-1850
dstephenson@dykema.com

*Attorneys for Defendant Lenovo (United States), Inc.*

STIPULATION FOR CONTINUANCE   4   Case No. 5:15-cv-01496-RMW

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated: _____            _____
                                 Honorable Ronald M. Whyte
4                                United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION FOR CONTINUANCE            5                    Case No. 5:15-cv-01496-RMW

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Rodger R. Cole, am the ECF User whose identification and password are being used to file this **STIPULATION FOR CONTINUANCE OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:   April 28, 2015        /s/ Rodger R. Cole
                               Rodger R. Cole

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 28th day of April, 2015, I caused the foregoing document to be filed with the Court, and have caused a copy to be served on:

| | |
|---|---|
| Laurence M. Rosen<br>*lrosen@rosenlegal.com*<br>THE ROSEN LAW FIRM, P.A.<br>Los Angeles, CA 90071<br>Tel: (213) 785-2610<br>Fax: (213) 226-4684<br><br>Phillip Kim<br>*pkim@rosenlegal.com*<br>THE ROSEN LAW FIRM, P.A.<br>275 Madison Avenue, 34th Floor<br>New York, NY 10016<br>Tel: (212) 686-1060<br><br>Christopher S. Hinton<br>chinton@*hintonlegal.com*<br>THE HINTON LAW FIRM<br>275 Madison Ave., 34th Floor<br>New York, NY 10016<br>Tel: (646) 723-3377<br>Fax: (212) 202-3827<br><br>**Attorneys for Plaintiffs** | ☒ By CM/ECF<br>☐ United States Mail, First Class<br>☐ By Messenger<br>☐ By Facsimile<br>☐ By Overnight Courier<br>☐ By Email |
| Daniel J. Stephenson<br>DYKEMA GOSSETT LLP<br>333 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Phone: (213) 457-1800<br>Fax: (213) 457-1850<br>dstephenson@dykema.com<br><br>**Attorneys for Defendant Lenovo (United States), Inc.** | ☐ By CM/ECF<br>☐ United States Mail, First Class<br>☐ By Messenger<br>☐ By Facsimile<br>☐ By Overnight Courier<br>☒ By Email |